AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS P. CAMPBELL, et al., | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 09-CV-657S |
| v. | |
| WATERMARK FINANCIAL SERVICES GROUP, INC., et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Report and Recommendation and Order is Accepted and that the case is Dismissed under Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiffs' failure to prosecute.

Date: April 30, 2015          MICHAEL J. ROEMER, CLERK

                              By: s/Suzanne Grunzweig
                                  Deputy Clerk